# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELANIE C. LATRONICA,<br><br>   Plaintiff,<br><br>   v.<br><br>MORRISON C. ENGLAND, JR., et al.,<br><br>   Defendants. | Case No.  1:16-cv-01095-DAD-SAB<br><br>ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS<br><br>(ECF No. 3) |

    Plaintiff Melanie Chantell Latronica, proceeding pro se, filed a complaint in this action on July 28, 2016, along with an application to proceed in forma pauperis.  Plaintiff's application demonstrates entitlement to proceed without prepayment of fees.  Notwithstanding this order, the Court does not direct that service be undertaken until the Court screens the complaint in due course and issues its screening order.

    Accordingly, IT IS HEREBY ORDERED THAT Plaintiff's application to proceed in forma pauperis is GRANTED.

IT IS SO ORDERED.

Dated:   **August 2, 2016**

UNITED STATES MAGISTRATE JUDGE

1